# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-60156
_____

In re: Courtney R. Logan,

*Movant.*

_____

Authorization to file Successive Habeas Corpus Petition

_____

**A True Copy**
Certified order issued Apr 08, 2021

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

    Authorization to file a successive habeas corpus petition is dismissed for failure to comply with this Court's notice of February 25, 2021.

                          LYLE W. CAYCE
                          Clerk of the United States Court
                          of Appeals for the Fifth Circuit

By: _____
       Majella A. Sutton, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

April 08, 2021

Mr. David Crews
Northern District of Mississippi, Greenville
United States District Court
911 Jackson Avenue
Oxford, MS 38655

    No. 21-60156   In re: Courtney Logan
                            USDC No. 4:20-CV-144

Dear Mr. Crews,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Majella A. Sutton, Deputy Clerk
                            504-310-7680

cc:
    Mr. Courtney R. Logan