# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 12, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-60156   In re: Courtney Logan
                     USDC No. 4:20-CV-144

The court has taken the following action in this case:

The case is reopened.

                             Sincerely,

                             LYLE W. CAYCE, Clerk

                             By: _____
                             Monica R. Washington, Deputy Clerk
                             504-310-7705

Mr. David Crews
Mr. Courtney R. Logan